AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA PLEASE RECEIPT AND RETURN

SEALED

UNITED STATES OF AMERICA

v.

Bobby Pitts (1)

**WARRANT FOR ARREST**

Case Number:    16cr1207-JLS

## NOT FOR PUBLIC VIEW

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          •          Bobby Pitts (1)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

☐ Pretrial Violation

charging him or her with (brief description of offense):
18:371 - Conspiracy to Defraud the United States; 18:1505 - Obstruction of Proceedings; 18:981(a)(1)(c) and
28:2461(c) - Criminal Forfeiture.

I hereby attest and certify on ___5/26/16___
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____Deputy
In violation of Title    See Above      United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

s/ T. Hernandez (SEAL)
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

5/26/2016 at San Diego, CA
Date and Location

Bail fixed at $    No Bail          by    The Honorable David H. Bartick
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ |

| DATE RECEIVED 26 May 16 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 26 May 16 | Oscar Cunha Special Agent | |